# First District Court of Appeal
## State of Florida

———————————————

No. 1D2025-1173

———————————————

BARBARA GRABOSKY,

   Appellant,

   v.

ENRICHMENT ACADEMY,

   Appellee.

———————————————

On appeal from the Commission on Human Relations.
Commissioner Angela Primiano, Chairperson.

February 12, 2026

PER CURIAM.

   AFFIRMED.

OSTERHAUS, C.J., and LEWIS and TREADWELL, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Barbara Grabosky, pro se, Appellant.

Cindy A. Townsend and Farideh E. Tadros, of Roper Townsend & Sutphen, P.A., Orlando, for Appellee.